No. 460. DYE v. MICHIGAN. The motion for leave to file supplement to petition for certiorari is granted. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Andrew J. Transue* for petitioner.

No. 18, Misc. HECTOR v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondents.

No. 70, Misc. KLING v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se.* *Frank D. O'Connor, Benj. J. Jacobson* and *Morton Greenspan* for respondent.

No. 121, Misc. BRYANT v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.

No. 175, Misc. CARSON v. SMYTH, SUPERINTENDENT OF THE VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se.* *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 222, Misc. EVANS v. LEEDOM ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph L. Rauh, Jr.* and *John Silard* for petitioner. *Solicitor General Rankin* and *Acting Assistant Attorney General Yeagley* for respondents.